IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KARL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZIMMER BIOMET HOLDINGS, INC., a Delaware corporation; ZIMMER US, INC., a Delaware corporation; BIOMET U.S. RECONSTRUCTION, LLC, an Indiana limited liability company; BIOMET BIOLOGICS, LLC, an Indiana limited liability company; and BIOMET, INC., and Indiana corporation,<br><br>Defendants. | No. C 18-04176 WHA<br><br>**ORDER ON ADMINISTRATIVE MOTION TO AMEND CASE MANAGEMENT SCHEDULE AND MOTION FOR CORRECTIVE ACTION** |

The Court has reviewed plaintiff's administrative motion to amend the case management schedule and defendants' opposition thereto (Dkt. Nos. 106, 107), and plaintiff's motion for corrective action (Dkt. No. 105). With regard to the administrative motion, plaintiff failed to specify how much extra time he seeks. Nevertheless, this order finds that three weeks is the maximum extension the record submitted, liberally construed, would justify. The motion for class certification deadline is thus **CONTINUED** to **NOVEMBER 7**. The ADR deadline and fact discovery cutoff date are accordingly continued to **FEBRUARY 7, 2020** and **FEBRUARY 17, 2020**, respectively. No further extensions will be granted. Plaintiff's administrative motion to amend the case management schedule is **GRANTED** to the extent stated above. His request for a case management conference on this issue is **DENIED**.

With respect to the glitch regarding the FLSA notice due to defendants' failure to identify 354 collective members, the Court orders that a new corrective notice be sent to *all* collective members — to be sent by **OCTOBER 22** — with a new opt-in deadline set for 60 days after the delivery date of the corrective notice. This new opt-in deadline shall be effective for all collective members. The corrective notice shall explain that the new notice supersedes any prior notice some members may have received, with the only difference being the new opt-in deadline. The date of submission for all collective members is tolled to September 13, 2019. All opt-ins already submitted are considered timely. Plaintiff's motion for corrective action is **GRANTED** to the extent stated above. This order **DEFERS RULING** on the California class list discovery issue (Dkt. No. 105 at 8–9), which issue will be heard during the hearing on defendants' motion for summary judgment on October 24. Defendants' request for a hearing on the FLSA notice issue is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 11, 2019.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE