IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES KARL, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ZIMMER BIOMET HOLDINGS, INC., a Delaware corporation; ZIMMER US, INC., a Delaware corporation; BIOMET U.S. RECONSTRUCTION, LLC, an Indiana limited liability company; BIOMET BIOLOGICS, LLC, an Indiana limited liability company; and BIOMET, INC., and Indiana corporation,

    Defendants.

No. C 18-04176 WHA

**ORDER GRANTING MOTION TO CONTINUE DEADLINE**

The Court has reviewed defendants' administrative motion to change the deadline for distributing the second "corrective" FLSA opt-in notice from October 22 to November 1 (Dkt. No. 112). Good cause having been shown, the motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: October 22, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE