United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KARL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZIMMER BIOMET HOLDINGS, INC., a Delaware corporation; ZIMMER US, INC., a Delaware corporation; BIOMET U.S. RECONSTRUCTION, LLC, an Indiana limited liability company; BIOMET BIOLOGICS, LLC, an Indiana limited liability company; and BIOMET, INC., and Indiana corporation,<br><br>Defendants. | No. C 18-04176 WHA<br><br>**ORDER FOLLOWING DISCOVERY DISPUTE HEARING** |

For the reasons stated on the record, defendants may depose Jordan Kato and Aaron Baker on **NOVEMBER 4 AT 9 A.M.** Defendants shall serve the subpoenas by **OCTOBER 30 AT 5 P.M.**

As to the impact of the order dated October 25 on defendants' motion for summary judgment on the FLSA collective action, the FLSA notice process shall proceed as currently scheduled without prejudice to possible later decertification. The parties shall jointly file a proposed revised notice by **OCTOBER 30 AT 5 P.M.** Also by that time, plaintiff shall advise the Court whether he wishes to seek an interlocutory appeal of the order on defendants' motion for summary judgment under 28 U.S.C. § 1292(b) (or any other ideas either side might have).

**IT IS SO ORDERED.**

Dated: October 28, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE