IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES KARL, individually and on behalf of all others similar situated,

Plaintiff,

v.

ZIMMER BIOMET HOLDINGS, INC., a Delaware corporation; ZIMMER US, INC., a Delaware corporation; BIOMET U.S. RECONSTRUCTION, LLC, an Indiana limited liability company; BIOMET BIOLOGICS, LLC, an Indiana limited liability company; and BIOMET, INC., and Indiana corporation,

Defendants.

No. C 18-04176 WHA

**ORDER STAYING CASE**

In light of the amended order on defendants' motion for summary judgment (Dkt. No. 127), which order certified for interlocutory appeal the issues of whether plaintiff James Karl was an exempt "outside salesperson" under federal and California law, this order hereby **STAYS** the instant putative class action (including defendants' November 1 corrective FLSA notice deadline) pending a resolution of that appeal.

**IT IS SO ORDERED.**

Dated: October 31, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE