UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES KARL,

        Plaintiff,

  v.

ZIMMER BIOMET HOLDINGS, INC., et al.,

        Defendants.

No. C 18-04176 WHA

**ORDER RE DISCOVERY LETTER**

Having recently resolved two prior class-certification discovery disputes at the cost of substantial delay, now, only three days before their reply memorandum comes due, plaintiffs request the Court resolve a third dispute months in the making. The current dispute could have and should have been raised earlier to permit adequate resolution without further delay. At this late hour, the best that can be done is to permit plaintiffs to explain in their reply memorandum the significance of the requested correspondence and why they could not procure it earlier. Otherwise, relief is **DENIED**.

    **IT IS SO ORDERED.**

Dated: June 23, 2020.

                                     WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE